UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1)  KENNY ROMERO, a/k/a "KG,"<br>(2) ANTHONY CENTEIO, a/k/a "Wheezy,"    a/k/a "Taliban Wheeze,"<br>(3)  FELISBERTO LOPES, a/k/a "Phil," a/k/a "CheeB,"<br>(4)  KEIARRI DYETTE, a/k/a "Kemo,"<br>(5)  ERIC CORREIA, a/k/a "Bubba,"<br>(6)  PAULO SANTOS, a/k/a "Bucky,"<br>(7)  DEVANTE LOPES, a/k/a "D-Lopes,"<br>(8)  CHAROD TAYLOR, a/k/a "Pachino,"<br>(9)  JOSE AFONSECA, a/k/a "Zay,"<br>(10) JAMES RODRIGUES, a/k/a "Bummy,"<br>(11) JONATHAN DAROSA, a/k/a "Jeezy,"<br>(12) CLAYTON RODRIGUES, a/k/a "Loo," a/k/a "C-Loo,"<br>(13) WILTER RODRIGUES, a/k/a "Walt," a/k/a "Wo-Wo,"<br>(14) MICHAEL LOPES, a/k/a "Meech,"<br>(15) VICTOR NUNEZ, a/k/a "Tito,"<br>(16) FNU LNU, a/k/a "Smoke,"<br>(17) JAMAAL DAVIS, a/k/a "Marley,"<br>(18) MICHAEL NGUYEN, a/k/a "Asian," and<br>(19) STEVE DEPINA, a/k/a "Stizz," | Cr. No. 21-10354-WGY(s) |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the indictment, arrest warrants, this motion, any ruling on this motion, and all related paperwork until further order of this Court.  In support of this motion, the government states that the public disclosure of any of

these materials at this juncture could jeopardize the government's ongoing investigation in this case.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

<table>
<tr><td></td><td>Respectfully submitted,<br><br>JOSHUA LEVY<br>Acting United States Attorney</td></tr>
<tr><td></td><td>By:    /s/ Christopher Pohl<br>Christopher Pohl<br>Assistant U.S. Attorney</td></tr>
<tr><td>Date: April 14, 2022</td><td></td></tr>
</table>





2